NO. 07-10-00316-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

FEBRUARY 28, 2011

---

MANUEL GARCIA, APPELLANT

v.

THE STATE OF TEXAS, APPELLEE

---

FROM THE 320TH DISTRICT COURT OF POTTER COUNTY;

NO. 60,369-D; HONORABLE DON R. EMERSON, JUDGE

---

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

**MEMORANDUM OPINION**

Appellant, Manuel Garcia, was convicted of credit card abuse[1] and fraudulent use or possession of identifying information[2] and was sentenced by the convicting jury to confinement for two years in a State Jail Facility with a fine of $5,000 on the credit card abuse case and confinement for 15 years in the Institutional Division of the Texas Department of Criminal Justice with a fine of $10,000 on the fraudulent possession of

---

[1] See TEX. PENAL CODE ANN. § 32.32(b)(1)(A) (West Supp. 2009).

[2] See TEX. PENAL CODE ANN. § 32.51(b)(1) (West Supp. 2009).

identifying information case. Appellant gave notice of appeal in the credit card abuse case.[3] We affirm the trial court's judgment.

Appellant's attorney has filed an Anders brief and a motion to withdraw. Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed. 2d 498 (1967). In support of his motion to withdraw, counsel certifies that he has diligently reviewed the record, and in his opinion, the record reflects no reversible error upon which an appeal can be predicated. Id. at 744-45. In compliance with High v. State, 573 S.W.2d 807, 813 (Tex.Crim.App. 1978), counsel has candidly discussed why, under the controlling authorities, there is no error in the trial court's judgment. Additionally, counsel has certified that he has provided appellant a copy of the Anders brief and motion to withdraw and appropriately advised appellant of his right to file a *pro se* response in this matter. Stafford v. State, 813 S.W.2d 503, 510 (Tex.Crim.App. 1991). The court has also advised appellant of his right to file a *pro se* response. Appellant has not filed a response. By his Anders brief, counsel reviewed all grounds that could possibly support an appeal, but concludes the appeal is frivolous. We have reviewed these grounds and made an independent review of the entire record to determine whether there are any arguable grounds which might support an appeal. See Penson v. Ohio, 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988); Bledsoe v. State, 178 S.W.3d 824 (Tex.Crim.App. 2005). We have found no such arguable grounds and agree with counsel that the appeal is frivolous.

---

[3] No notice of appeal is found in the fraudulent possession of identifying information case and, accordingly, this Court's jurisdiction has not been invoked on any matters pertaining to such conviction.

Accordingly, counsel's motion to withdraw is hereby granted and the trial court's judgment is affirmed.[4]

Mackey K. Hancock
Justice

Do not publish.

---

[4] Counsel shall, within five days after this opinion is handed down, send his client a copy of the opinion and judgment, along with notification of appellant's right to file a *pro se* petition for discretionary review.  See TEX. R. APP. P. 48.4.